**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOENA BARTOLINI MITCHELL,

            Plaintiff,

v.

RAYMOND JAMES AND
ASSOCIATES, INC.,

            Defendant.

_____/

Case No. 8:23-cv-02341-VMC-TGW

## <u>FIFTH JOINT STATUS REPORT</u>

Plaintiff Joena Bartolini Mitchell ("Plaintiff") and Defendant Raymond James and Associates, Inc. ("Defendant"), by and through their respective undersigned counsel and pursuant this Court's Orders (Docs. 63, 68), provide this Fifth Joint Status Report regarding the arbitration of this action:

1. On September 23, 2024, this Court entered an Order referring this action to mandatory arbitration. (Doc. 63). The Court also directed the parties to file a joint status report every 120 days on the status of the arbitration proceeding. (*Id.*).

2. On September 23, 2024, Plaintiff initiated an arbitration proceeding with the Financial Industry Regulatory Authority ("FINRA"), styled *Joena Bartolini Mitchell v. Raymond James and Associates, Inc.*, Case No. 24-02044 (the "Arbitration").

3. The Arbitration was temporarily postponed, but the parties are nevertheless working diligently to complete the Arbitration. The parties intend to do

so before the next joint status report is due.  The parties will immediately notify the Court once the Arbitration is completed.

4.     The Arbitration is proceeding as expected, and as is routine for matters of this kind.

5.     The parties will continue to timely apprise the Court of the status of the Arbitration.

<table>
<tr><td>

GREENBERG TRAURIG, P.A.<br>
450 South Orange Avenue, Suite 650<br>
Orlando, Florida 32801<br>
Telephone:  (407) 420-1000<br>
Email:  spiveyw@gtlaw.com<br>
*Counsel for Defendant*

</td><td>

WIGDOR LLP<br>
85 Fifth Avenue<br>
New York, New York 10003<br>
Telephone: (212) 257-6800<br>
Email:  vlicul@wigdorlaw.com<br>
*Counsel for Plaintiff*

</td></tr>
<tr><td>

By: */s/ I. William Spivey, II*<br>
    I. William Spivey, II, Esquire<br>
    Florida Bar No.: 701076

</td><td>

By: */s/ Valdi Licul*<br>
    Valdi Licul, Esquire (Pro Hac Vice)<br>
    New York Bar No.: 2731099

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2026, I electronically filed the foregoing **Fifth Joint Status Report** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Valdi Licul (Pro Hac Vice)
Kassandra Vazquez (Pro Hac Vice)
Wigdor LLP
85 Fifth Aveneue
New York, New York 10003
Telephone: (212) 257-6800
Email:  vlicul@wigdorlaw.com
        kvazquez@wigdorlaw.com
*Counsel for Plaintiff, Joena Bartolini Mitchell*

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone:    (407) 420-1000
Facsimile:    (407) 420-5909
Email:  spiveyw@gtlaw.com
       bakerco@gtlaw.com
       nef-iws@gtlaw.com
       FLService@gtlaw.com
*Additional Counsel for Defendant, Raymond James and Associates, Inc.*

By:  /s/ I. William Spivey, II
    I. William Spivey, II, Esquire
    Florida Bar No. 701076
    Colin S. Baker, Esquire
    Florida Bar No. 0066352

and

Tracy L. Gerber, Esquire
Florida Bar No. 21245
777 South Flagler Drive., Suite 300 E
West Palm Beach, Florida 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222
Email: gerbert@gtlaw.com
      johnsonc@gtlaw.com
*Counsel for Defendant, Raymond James and Associates, Inc.*

3